1  Matthew J. Shier  (SBN 072638)
   Kevin F. Rooney (SBN 184096)
2  PINNACLE LAW GROUP, LLP
   425 California Street, Suite 1800
3  San Francisco, California 94104

4  Telephone: (415) 394-5700
   Facsimile: (415) 394-5003
5
   Attorneys for Plaintiff, IT Convergence, Inc.
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

| | |
|---|---|
| IT CONVERGENCE, INC., a California Corporation,<br><br>                    Plaintiff,<br><br>vs.<br><br>Dimension Data North America, Inc., a New York Corporation,<br><br>                    Defendants. | **CASE NO. 10-04742 RS**<br><br>**[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COUNTER-CLAIMS** |

28  / / /

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

5276.001                           1                        **[PROPOSED] ORDER
                                                              EXTENDING TIME**

1
2
3
## ORDER

Based on the stipulation of counsel and good cause appearing therefore, it is HEREBY ORDERED that Plaintiff IT Convergence, Inc. shall have until January 17, 2011, to move or plead in response to the counter-claims filed by Defendant Dimension Data North America, Inc. on December 13, 2010.

PURSUANT TO STIPULATION OF COUNSEL, IT IS SO ORDERED.

Dated: December 17, 2010

_____
**Hon. Richard Seeborg**

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

5276.001                                                        2                                        [PROPOSED] ORDER
                                                                                                         EXTENDING TIME