MICHAEL TUBACH (S.B. #145955)
mtubach@omm.com
JEAN B. NIEHAUS (S.B. #254891)
jniehaus@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111-3823
Telephone:    (415) 984-8700
Facsimile:    (415) 984-8701

Attorneys for Defendant
Dimension Data North America, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IT CONVERGENCE, INC., a California Corporation,<br><br>             Plaintiff,<br><br>       v.<br><br>DIMENSION DATA NORTH AMERICA, INC., a New York Corporation,<br><br>             Defendant. | Case No.  CV 10-04742 RS<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Date:     February 10, 2011<br>Time:    10:00 A.M.<br>Judge:   Hon. Richard Seeborg |

Pursuant to Local Civil Rules 6-2 and 7-12, this Stipulation is entered into by and among Plaintiff IT Convergence, Inc. ("IT Convergence") and Defendant Dimension Data North America, Inc. ("Dimension Data") (collectively, "the Parties") by and through their respective counsel.

WHEREAS the Court set an Initial Case Management Conference for this matter for February 10, 2011, and ordered the Parties to file a Joint Case Management Conference Statement no later than February 3, 2011 (Docket 9);

WHEREAS the Parties have agreed to attempt to negotiate a settlement of this action and have scheduled a mediation conference for February 16, 2011 and agreed to exchange mediation statements on February 9, 2011;

1  WHEREAS in the interest of efficiency and in order to conserve the resources of this
2  Court and the Parties, the Parties have agreed, subject to the Court's agreement, to continue the
3  Initial Case Management Conference;
4  WHEREAS a short continuance would allow the Parties to focus their time and attention
5  on mediation and settlement efforts before turning to litigation-related activities;
6  WHEREAS the first available continued date for lead counsel for both parties is April 7,
7  2011;
8  WHEREAS the Parties have previously stipulated to extend time for Dimension Data to
9  answer the Complaint (Docket 5) and for IT Convergence to answer the Counterclaims (Docket
10  13);
11  WHEREAS this continuance will not affect the current schedule for the case.
12  NOW, THEREFORE, the Parties hereby stipulate and agree as follows:
13  1.  The case management conference currently set for February 10, 2011 is hereby
14  continued to April 7, 2011 at 10:00 A.M.;
15  2.  On or before March 31, 2011, pursuant to Civil Local Rule 16-9, the Parties shall
16  file a Joint Case Management Statement and Proposed Order.

Dated: January 12, 2011

MICHAEL TUBACH
JEAN B. NIEHAUS
O'MELVENY & MYERS LLP


By: _____/s/ Jean B. Niehaus_____
    Jean B. Niehaus
Attorneys for Defendant
Dimension Data North America, Inc.

Dated: January 12, 2011

KEVIN F. ROONEY
PINNACLE LAW GROUP LLP


By: _____/s/ Kevin F. Rooney_____
    Kevin F. Rooney
Attorneys for Plaintiff
IT Convergence, Inc.

- 2 -

STIP. AND [PROPOSED] ORDER
CONTINUING CMC, CV 10-04742 RS

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3  DATED: __1/13_____, 2011    _____
4                                    HON. RICHARD SEEBORG
                                      UNITED STATES DISTRICT JUDGE

- 3 -  STIP. AND [~~PROPOSED~~] ORDER
CONTINUING CMC, CV 10-04742 RS